UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO.: 6:11-bk-05102-ABB

GRIFFEL, KAREN P.

Debtor  Chapter 13

_____/

_____ **Chapter 13 Plan**  **X** **Amended Chapter 13 Plan**

COMES NOW, the Debtor and files this Amended Chapter 13 Plan. The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following sums to the Chapter 13 Standing Trustee:

### Plan Payments

| Payment Number by months | Amount of Monthly Plan Payment |
|---|---|
| 1-60 (May 2011 – August 2016) | $265.00 |

The Debtor shall mail a **money order** or **cashier's check** or **wage deduction,** to Laurie K. Weatherford, Chapter 13 Standing Trustee, Post Office Box 1103, Memphis, Tennessee 38101-1103. The Debtor's name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Walter Benenati | $2,000.00 | $150.00 | Months 1-13 |
|  |  | $50.00 | Month 14 |
| (Monitor Fee) |  | $50.00 | Months 15-60 |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and the Trustee be paid as follows:

| Payment Number by months | Amount of Monthly Plan Payment |
|---|---|
| 1-60 (May 2011 – August 2016) | $26.50 |

**Priority Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Internal Revenue Service | $3,827.76 | $68.35 | Month 5-59 |
|  |  | $68.51 | Month 60 |

## Secured Claims

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Provident Funding Assoc | $152,591.00 | TO BE PAID OUTSIDE PLAN | |
| BAC Home Loans Svcing | $33,887.00 | TO BE STRIPPED | |

## The following Executory Contracts are assumed

| Name of Creditor | Description of Collateral |
|---|---|
| Provident Funding Assoc | Homestead located at 8115 Esperanza Street Orlando, FL 32817 |

**Unsecured Creditors**: whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: 49%.

Property of the Estate revests in the Debtor upon completion of all plan payments and the discharge of Debtor.

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of the Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 23rd day of August 2011.

/s/ KAREN GRIFFEL
Karen Griffel, Debtor

/s/ WALTER F. BENENATI
Walter F. Benenati
Florida Bar No. 46679
Law Offices of Walter F. Benenati
Credit Attorney, P.A.
105 E. Robinson Street Suite 302
Orlando, Florida 32801
(407) 236-7171
(407) 236-7667
Email: wfb@wfblawfirm.com
Attorney for Debtor

# United States Bankruptcy Court
## Middle District of Florida

In re **Karen P Griffel**                                   Case No. **6:11-bk-05102**
                        Debtor(s)                            Chapter **13**

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, **Karen P Griffel**, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_/s/ Karen P Griffel_
**Karen P Griffel**
Signature of Debtor
or other claimant

### Verified Document(s):

Full Descriptive Title                          Date Executed
**Amended Chapter 13 Plan**                     **08/23/2011**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-05102-ABB<br>Middle District of Florida<br>Orlando<br>Tue Aug 23 12:36:14 EDT 2011 | Bank of America N.A. fka BAC Home Loans Serv<br>Prober & Raphael, A Law Corporation<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA 91364-6207 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Karen P Griffel<br>8115 Esperanza Street<br>Orlando, FL 32817-2434 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Bac Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065-6285 | Bank of America, N.A.<br>Bk. Dept., Mail Stop CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065-6414 | CANDICA L.L.C.<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Citibank Usa<br>Centralized Bankruptcy<br>Post Office Box 20507<br>Kansas City, MO 64195-0507 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Florida Emergency Physicians<br>9301 S Western Avenue<br>Oklahoma City, OK 73139-2767 | Florida Hospital<br>Patient Finance Services<br>Post Office Box 538800<br>Orlando, FL 32853-8800 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| Gemb/jcp<br>Attention: Bankruptcy<br>Post Office Box 103104<br>Roswell, GA 30076-9104 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Macys/fdsb<br>Macy's Bankruptcy<br>Post Office Box 8053<br>Mason, OH 45040-8053 |
| Orange County Tax Collector<br>Attn: Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 | Pathology Specialists of FL<br>Post Office Box 864552<br>Orlando, FL 32886-0001 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Provident Funding Assoc<br>1235 N Dutton Ave Ste E<br>Santa Rosa, CA 95401-4666 | Roto Rooter Services, Co<br>5672 Collection Center Dr<br>Chicago, IL 60693-0056 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| Walter F Benenati +<br>Walter F Benenati, Credit Attorney PA<br>105 E Robinson Street<br>Suite 302<br>Orlando, FL 32801-1622 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One, N.a.<br>Bankruptcy Dept<br>Post Office Box 5155<br>Norcross, GA 30091 | Dell Financial Services<br>Attn: Bankruptcy Dept.<br>Post Office Box 81577<br>Austin, TX 78708 | Portfolio Rc<br>Attn: Bankruptcy<br>Post Office Box 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Arthur B. Briskman<br>Orlando | (d)Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients 27<br>Bypassed recipients 2<br>Total 29 |